# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § |
| --- | --- |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:11-M -08012(1) |
|  | § |
| (1) Luis Alberto Castro | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 04, 2011** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On September 7, 2011, the defendant, Luis Alberto CASTRO, a native and citizen of El Salvador, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas."*

Continued on the attached sheet and made a part of hereof:　　　　☐ Yes　**X** No

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
Sworn to before me and subscribed in my presence,　　　　Signature of Complainant

09/08/2011　　　　　　　　　　　　　　　　at　　DEL RIO, Texas
File Date　　　　　　　　　　　　　　　　　　　　　City and State

COLLIS WHITE　　　　　　　　　　　　　　　　_____
U.S. MAGISTRATE JUDGE　　　　　　　　　　　Signature of Judicial Officer

AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:11-M -08012(1) - CW |
| | § |
| (1) Luis Alberto Castro | § |

### JUDGEMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Luis Alberto Castro, was presented by counsel, Sylvia Ann Cavazos.

The defendant pled guilty to the complaint on September 09, 2011. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | September 04, 2011 |

As pronounced on September 09, 2011, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of 10 days with credit for time already served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 12th day of September, 2011.

_____
COLLIS WHITE
U.S. MAGISTRATE JUDGE

Arresting Agency: DRBP - Del Rio Border Patrol
USM#: 82766280

| 1. CIR./DIST./DIV. CODE  TXW | 2. PERSON REPRESENTED  (1) Luis Alberto Castro | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT/DEF. NUMBER  DR:11-M-08012(1) | 4. DIST.DKT./DEF.NUMBER | 5. APPEALS DKT./DEF.NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*  U.S. vs. (1) Luis Alberto Castro | 8. PAYMENT CATEGORY  Petty Offense | 9. TYPE PERSON REPRESENTED  Adult Defendant | 10. REPRESENTATION TYPE  Criminal Case | |

11. **OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more thatn one offense, list (up to five) major offenses chargd, according to severity of offense.
8 USC 1325(a)(1) - IMPROPER ENTRY BY AN ALIEN 8 USC 1325(a)(1)

12. **ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix),*
    **AND MAILING ADDRESS**
    Cavazos, Sylvia Ann
    The Naylor House 1919 San Pedro Ave.
    San Antonio, 78212

    Telephone Number: (210)682-8800

14. **NAME AND MAILING ADDRESS OF LAW FIRM** *(Only provide per instructions)*

13. **COURT ORDER**
    [X] O Appointing Counsel          [ ] C Co-Counsel
    [ ] F Subs for Federal Defender   [ ] R Subs for Retained Attorney
    [ ] P Subs for Panel Attorney     [ ] Y Standby Counsel
    Prior Attorney's Name: _____
    Appointment Date: _____
    [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in the case, OR
    [ ] Other *(See Instructions)*

    *signature*
    Signature of Presiding Judicial Officer or By Order of the Court
    09/08/2011
    Date of Order                Nunc Pro Tunc Date
    Repayment or partial repayment ordered from the person represented for this service at time of appointment     [ ] YES     [ ] NO

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. IN COURT   a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $        )    TOTALS: | | | | | |
| 16. OUT OF COURT   a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $        )    TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM:            TO: | 20. APPOINTMENT TERMINATION DATE  IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. **CLAIM STATUS**     [ ] Final Payment     [ ] Interim Payment Number _____     [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO   If yes, were you paid?  [ ] YES  [ ] NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?  [ ] YES  [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____   Date _____

| APPROVED FOR PAYMENT -- COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPR./CERT. |
| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |